UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORITA M. BOWMAN,

      Plaintiff,

– *against* –

NEW YORK STATE HOUSING AND COMMUNITY RENEWAL (NYS HCR), ARLENE MARDER, *Housing & Community Renewal Specialist 1*, MARGARET RAMROOP, *Housing & Community Renewal Specialist 2*,

      Defendants.

**ORDER**

18 Civ. 11596 (ER)

RAMOS, D.J.:

  On March 13, 2020, the Court issued an Opinion & Order dismissing the plaintiff's complaint, but also granting her leave to replead her claims. Given the current COVID-19 public health crisis, the plaintiff is now directed to file an Amended Complaint by May 15, 2020, as described in the Court's Opinion & Order. Any answer or objections by the defendants are due by June 15, 2020.

It is SO ORDERED.

Dated: April 6, 2020
    New York, New York

                 EDGARDO RAMOS, U.S.D.J.