UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORITA M. BOWMAN,

          Plaintiff,

– against –

NEW YORK STATE HOUSING AND COMMUNITY RENEWAL, ARLENE MARDER, *and* MARGARET RAMROOP,

          Defendants.

**ORDER**

18 Civ. 11596 (ER)

Ramos, D.J.:

    The Court is in receipt of *pro se* Plaintiff Bowman's motion for leave to file a Second Amended Complaint. Doc. 61. Defendants may file a response to this motion by no later than **January 6, 2021**. Plaintiff may file a reply to this response by no later than **January 13, 2021**.

It is SO ORDERED.

Dated:   December 9, 2020
             New York, New York

                                                         Edgardo Ramos, U.S.D.J.